IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02108-BNB

RUSTIN SPARKS,

 Plaintiff,

v.

ALLISON SWEENEY/Parole Officer,
LAWRENCE ULLO/Parole Supervisor, and
TERRY MAKETA, Sheriff,

 Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 4 2007

GREGORY C. LANGHAM
 CLERK

---

ORDER VACATING DISMISSAL

---

This matter is before the Court on the motion titled "Motion to Grant Prisoner's Complaint and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" that Plaintiff Rustin Parks submitted *pro se* and the Court filed on December 20, 2006. The Court must construe the motion liberally because Mr. Parks is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

The Court dismissed the complaint and the instant action in an order filed on December 13, 2006, for Mr. Parks' failure within the time allowed to pay the $5.00 initial partial filing fee or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. Mr. Parks contends that he paid the $5.00 initial partial filing fee on November 30, 2006. Therefore, the motion will be construed liberally as a motion to reconsider the December 13 order and judgment of dismissal.

A review of the Court's docketing records reveals that no receipt for payment of the $5.00 initial partial filing fee has been docketed. However, the financial division of the Court has provided a receipt showing that Mr. Parks did in fact pay the $5.00 initial partial filing fee on November 30, 2006. Accordingly, it is

ORDERED that the liberally construed motion to reconsider is granted. It is

FURTHER ORDERED that the order and judgment of dismissal filed on December 13, 2006, is vacated. It is

FURTHER ORDERED that the clerk of the Court is directed to docket the November 30, 2006, receipt for payment of the initial partial filing fee. It is

FURTHER ORDERED that the Court reopen this civil action.

DATED at Denver, Colorado, this 3 day of Jan., 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02108-BNB

Rustin Sparks
Prisoner No. A00166831
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

 I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/4/07

GREGORY C. LANGHAM, CLERK

By: _____
 Deputy Clerk